```
DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN LEONARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:21-cv-00627-EPG<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from April 26, 2022 to April 29, 2022, for Plaintiff to serve on defendant with PLAINTIFF'SOPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                        Respectfully submitted,

Dated: April 25, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Dolly M. Trompeter*
                            DOLLY M. TROMPETER
                            Attorneys for Plaintiff

Dated: April 25, 2022       PHILLIP A. TALBERT
                            United States Attorney
                            PETER K. THOMPSON
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                        By:  */s/ Katherine Bennett Watson*
                            Katherine Bennett Watson
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            (*As authorized by email on  April 25, 2022)

## **ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 29, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 26, 2022**                                /s/ *Erica P. Grosjean*
                                                                            UNITED STATES MAGISTRATE JUDGE