PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
WILLY LE, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Email: linda.green@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUTH ANN LEONARD,<br><br>    Plaintiff,<br><br>  vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00627-EPG<br><br>ORDER AND STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 22). |

    The parties hereby stipulate and agree, subject to the Court's approval and order, that there is good cause to modify the scheduling order to extend Defendant's time to serve and file a motion for summary judgment or for remand from May 31, 2022, to June 30, 2022, with all other service and filing deadlines extended as stated in the Scheduling Order.  This is Defendant's first extension of time. Defendant also requests that all other deadlines be correspondingly extended.

    The good cause supporting this stipulation is:  due to Defendant's counsel's surge in current workload, Defendant's counsel requires additional time to fully brief the issues in this matter.  Specifically, the attorney writing Defendant's response brief currently has five briefs due from today until June 1, 2022, and needs additional time to prepare the response brief in this

matter.  The undersigned also second chairs a three-day arbitration on May 17, 18, 19, 2022.  The undersigned must take leave from May 20 to May 24, 2022, to see to the physical and financial needs of an elderly parent with dementia.  The Defendant's counsel is a fiduciary and trustee for the elderly parent.

      This request for modification of the current deadlines is made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

      SO STIPULATED AND AGREED, May 17, 2022.

| LAW OFFICE OF PENA & BROMBERG, PC | | PHILLIP A. TALBERT, Acting United States Attorney<br>PETER K. THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>WILLY M. LE,<br>Acting Regional Chief Counsel, Region VI |
|---|---|---|
| */s/Jonathan O. Pena, signature agreed by email 5-16-2022* | By: | */s/ Linda H. Green* |
| JONATHAN O. PENA,<br>Attorney for Plaintiff | | LINDA H. GREEN,<br>Special Assistant United States Attorney,<br>Attorneys for Defendant |

# ORDER

Based on the above stipulation (ECF No. 22), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than June 30, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __May 17, 2022__　　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE