DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN LEONARD,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00627-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 25) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 21-day extension of time, from July 11, 2022 to August 1, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  This request is made in good faith with no intention to further delay this matter. However, Plaintiff's Counsel has contracted symptomatic-COVID.  (See Declaration by Dolly M. Trompeter)

    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 11, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


                                    By: */s/ Dolly M. Trompeter*
                                         DOLLY M. TROMPETER
                                         Attorneys for Plaintiff


Dated: July 11, 2022          PHILLIP A. TALBERT
                                         United States Attorney
                                         PETER K. THOMPSON
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration


                                    By:   *\*/s/ Linda H Green*
                                         Linda H Green
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant
                                         (*As authorized by email on July 11, 2022)

**ORDER**

Based on the above stipulation (ECF No. 25), IT IS ORDERED that Plaintiff shall file Plaintiff's reply no later than August 1, 2022.

IT IS SO ORDERED.

Dated: __July 11, 2022__                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE